**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **SABREEM ALEEM,** | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00209-SWW |
| | ) | Judge Wright |
| v. | ) | Magistrate Judge Jones |
| | ) | |
| **ARROW FINANCIAL SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

IT IS SO ORDERED this 21st day of January 2010.

**/s/Susan Webber Wright**
UNITED STATES DISTRICT JUDGE